RECEIVED
IN LAKE CHARLES, LA

SEP 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN B. DEVILLIER, JR. | : | DOCKET NO. 07-254<br>Section P |
| VS. | : | JUDGE TRIMBLE |
| CALCASIEU PARISH DISTRICT ATTORNEY'S OFFICE | : | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, the Court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that Petitioner, John B. Devillier, Jr.'s civil rights complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915A.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25th day of September, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE